LOUIS J. MENGES, ET AL., PLAINTIFFS-APPELLANTS, v. THE TOWNSHIP OF BERNARDS, ET AL., DEFENDANTS-RESPONDENTS.

Argued May 22, 1950—Decided May 29, 1950.

558

*Mr. Chester Mueller* argued the cause for the appellant.

*Mr. Anthony P. Kearns* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Brennan in the Court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.